UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JULIO CESAR PONCE-YBARRA,<br>Petitioner,<br>v.<br>RACHEL L. PIECY, Acting Warden,<br>Respondent. | No. 2:26-cv-09205-SVW-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition (Dkt. 1); the Motion for Temporary Restraining Order (Dkt. 14, "Motion); Respondent's Answer to the Petition and Opposition to the Motion  (Dkt. 14); Petitioner's Reply (Dkt. 17); and the Report and Recommendation of the magistrate judge (Dkt. 18, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED that

(1) Judgment shall be entered GRANTING the Petition, with Respondent and/or the Federal Bureau of Prisons ORDERED to: (a) recalculate Petitioner's release date by crediting and applying his earned time credits under the First Step Act, and; (b) if such recalculated release date reflects

Petitioner was entitled to release or prerelease status any time before the date of this Order, release Petitioner (including, as applicable, prerelease custody), subject to any immigration hold, detainer, or warrant effective as of the date of this Order; and

(2) the Motion (Dkt. 14) is DENIED as moot.

IT IS SO ORDERED.

Dated: November 19, 2026

STEPHEN V. WILSON
United States District Judge