UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JULIO CESAR PONCE-YBARRA, Petitioner, v. RACHEL L. PIECY, Acting Warden, Respondent. | No. 2:26-cv-09205-SVW-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition is GRANTED, with Respondent and/or the Federal Bureau of Prisons ORDERED to:

(a) recalculate Petitioner's release date by crediting and applying his earned time credits under the First Step Act, and;

(b) if such recalculated release date reflects Petitioner was entitled to release or prerelease status any time before the date of this Judgment, release Petitioner (including, as applicable, a transfer to prerelease

custody), subject to any immigration hold, detainer, or warrant effective as of the date of this Judgment.

Dated: November 19, 2026

STEPHEN V. WILSON
United States District Judge